IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE J. GAINES, | ) | No. C 11-4263 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN HEDGPETH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Pursuant to the order dismissing this case without prejudice, judgment is hereby entered in favor of Defendants.

    IT IS SO ORDERED.

DATED: September 27, 2011

_____
JEFFREY S. WHITE
United States District Judge